## SMITH v. WARREN COUNTY.

1. **Practice:** DEMURRER. The filing of an answer, after a demurrer has. been overruled, waives any error which might have been predicated upon the ruling on the demurrer.

2. ————: MOTION. A judgment will not be reversed which could have been corrected on motion in the inferior court, unless such motion has been made and overruled.

*Appeal from Warren Circuit Court.*

THURSDAY, OCTOBER 24.

THE plaintiff purchased certain real estate at tax sales made by the treasurer of said county, and this action is brought to recover the money paid said treasurer at the sale, and also certain sums paid subsequently, as taxes assessed on the land purchased. The petition contained twenty-eight counts. To this petition the defendant filed a demurrer applicable to the whole petition. It specified twenty causes of demurrer, all of which were overruled, whereupon the defendant filed an answer denying each and every allegation in the petition, and alleging that the claim or demand of the plaintiff had never been presented to defendant's board of supervisors for payment.

There was a trial to the court, and judgment rendered for the plaintiff. The defendant appeals.

*Geo. Collings,* for appellant.

*McHenry & Bowen,* for appellee.

SEEVERS, J.—None of the evidence is before us, and the only error assigned is as follows: "The court erred in rendering judgment against the defendant, for the reason that the facts set forth and allegations made in plaintiff's petition, and the different counts thereof,.

1. PRACTICE: demurrer.

as the grounds of his cause of action against the defendant, and upon which he seeks a recovery against defendant, are not sufficient in law, if true, to constitute a cause of action against defendant, and to entitle plaintiff to said judgment."

It has been held, time and time again, if an answer is filed, such as that in the present case, after a demurrer to the petition has been overruled, that the demurrer is deemed waived.

The assignment of error, it seems to us, only challenges the ruling of the Circuit Court on the demurrer. Concede, however, if the facts stated in the petition do not entitle the plaintiff to any relief whatever, that a judgment should not be rendered against it. We are unable to right the wrong, if one has been done, in the present case, because no motion in arrest of judgment was made in the court below. Code, § 2650.

This court cannot reverse a judgment which could be corrected on motion in an inferior court, until such motion has 2. ———: motion. been there made and overruled. Code, § 3168. If a motion in arrest had been made below, for aught we can know the plaintiff might have filed a statement of the material fact omitted, as provided in Code, §§ 2842, 2843, and then been entitled to judgment. This, of course, cannot be done in this court.

AFFIRMED.